UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY B. ENGSTROM and WILLIAM R.
ENGSTROM, Individually and on Behalf
of All Others Similarly Situated,

                       Plaintiffs,

vs.

ELAN CORPORATION, PLC; G. KELLY
MARTIN and SHANE COOKE,

                       Defendants.

No. 11-CV-01232 SAS

ECF CASE



## STIPULATION DISMISSING THE ACTION WITH PREJUDICE

Lead Plaintiff, Thomas Bown, II, and Plaintiffs, Mary B. Engstrom and William R. Engstrom ("Plaintiffs"), and Defendants, Elan Corporation, plc, G. Kelly Martin and Shane Cooke ("Defendants"), by their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be, and is, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 7, 2011

Respectfully submitted,

Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, Connecticut 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
E-mail: pklingman@sfmslaw.com

Counsel for Plaintiffs

/s/ David G. Januszewski

David G. Januszewski
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005-1702
Telephone: (212) 701-3000
E-mail: djanuszewski@cahill.com

Counsel for Defendants

*[signature]* 11/8/11